UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                              Case No.  11-29836-EPK
                                                                    Chapter 11

SUNNYLAND USA, INC.,

       Debtor.
_____/

**CERTIFICATE OF PROPONENT OF PLAN ON ACCEPTANCE OF PLAN, REPORT ON AMOUNT TO BE DEPOSITED, CERTIFICATE OF AMOUNT DEPOSITED AND PAYMENT OF FEES**

      The undersigned attorney for the Debtor certifies the following:

      1.  I have examined the court files in this proceeding, particularly as to claims, schedules and ballots filed.

      2.  A total of 2 ballots were filed on or before the deadline date of February 9, 2012, set by court order dated December 2, 2011 [D.E. #41].  Exhibit A is a summary of ballots submitted by class.  Exhibit B is a list of all ballots filed.  Classes 1 and 2 are unimpaired and a ballot was not required.

      3. Exhibit C lists each creditor to be paid pursuant to the plan.  Exhibit D lists disputed, contingent or unliquidated claims included in Exhibit C.   Below is a summary of the amount of money to be deposited for confirmation pursuant to plan:

| CLASS | DOLLAR AMOUNT NEEDED FOR CONFIRMATION | |
|---|---|---|
| UST | U.S. Trustee | $ 1,300.00 |
| ADM | Professional Fees | $ 14,308.74 |
| 1 | Tax claims | $ 2,064.32 |
| 2 | General Unsecured Claims | $ 75,000.00 |
| 4 | Interests | $ 0.00 |
| Landlord | Florida Dept. of Agriculture & Consumer Services | $ 12,099.98 |
| | TOTAL: | $104,773.04 |

      4.  The amount of $105,000.00 is in my trust account for confirmation.

5. All fees required by 28 U.S.C. §1930 have been paid.

DATED:  February 13, 2012.             _/s/Alvin S. Goldstein_____
                                                        Alvin S. Goldstein
                                                        FURR AND COHEN, P.A.
                                                        Attorneys for Debtor
                                                        2255 Glades Road, Suite 337W
                                                        Boca Raton, FL 33431
                                                        (561) 395-0500/(561)338-7532-fax
                                                        Florida Bar No. 993621
                                                        E-MAIL agoldsetin@furrcohen.com

## EXHIBIT A  SUMMARY OF BALLOTS

CLASS 1:

| | | |
|---|---|---|
| Total Acceptances in Dollar Amount | $ -0- | 100% of total = $0.00 |
| Total Rejections in Dollar Amount | $ -0- | 0% of total = $0.00 |
| Total # of Acceptances Filed | 0 | 100% of total = 0 |
| Total # of Rejections Filed | 0 | 0% of total = 0 |

CLASS 2:

| | | |
|---|---|---|
| Total Acceptances in Dollar Amount | $197,061.92 | 100% of total = $197,061.92 |
| Total Rejections in Dollar Amount | $ -0- | 0% of total = $0.00 |
| Total # of Acceptances Filed | 2 | 100% of total = 100% |
| Total # of Rejections Filed | 0 | 0% of total = 0 |

## EXHIBIT B -- LIST OF ALL BALLOTS FILED

| BALLOT No. | CLASS | NAME OF CREDITOR | AMOUNT SCHEDULED OR CLAIMED | DATE BALLOT FILED WITH COURT | ACCEPTS | REJECTS | SHOULD BE ALLOWED TO VOTE IF NOT, WHY? |
|---|---|---|---|---|---|---|---|
| 47 | 2 | R & K Welding & Fabrication, Inc. | $8,160.00 | 1/24/12 | X | | Yes |
| 55 | 2 | John Bean Technologies Corp. | $188,841.92 | 2/9/12 | X | | Yes |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## EXHIBIT C -- LIST OF CREDITORS TO BE PAID PURSUANT TO THE PLAN

The following is a list of creditors as provided for by the plan under consideration. These creditors are indicated by class and amount as scheduled or claimed. The dividend to be paid pursuant to the plan is indicated. (Indicate claim number as reflected in the claims register). Total each individual class.

| Class | Creditor | Claim No. | Amount of Allowed Claim | Dividend |
|---|---|---|---|---|
| PRI | St. Lucie County Tax Collector | 1 | $123,859.20 | $2,064.32 |
|  |  |  |  |  |
| 2 | Seaboard Cold Storage, Inc. (secured) | 4 | 1,654.55 | 573.50 |
| 2 | John Bean Technologies Corp. | 2 | 0.00 | 0.00 |
| 2 | John Bean Technologies Corporation | 3 | 188,841.92 | 65,456.60 |
| 2 | AT&T | S | 765.64 | 265.39 |
| 2 | AVE Industries | S | 542.63 | 188.09 |
| 2 | Matheson Tri Gas | S | 11,200.78 | 3,882.43 |
| 2 | McMaster Construction | S | 5,724.04 | 1,984.07 |
| 2 | R & K Welding & Fabrication, Inc. | S | 7,645.00 | 2,649.92 |
|  |  |  |  |  |
| 3 | Liboza Holdings, NV | 5 | 0.00 | 0.00 |
| 3 | Sunnyland Distribution, NV | 6 | 0.00 | 0.00 |

## EXHIBIT D  LIST OF DISPUTED, CONTINGENT OR UNLIQUIDATED CLAIMS

The following is a list of disputed, contingent or unliquidated claims which are also included in Exhibit C.

Note: If a claim was filed and is still in dispute, indicate claim number as is reflected in the claims register and give status of dispute (e.g. objection pending, etc.).  Until there is an order on an objection, you must have enough money in the trust account to cover these creditors.  If a person was listed in the schedules as disputed and they did not file a claim by the deadline date to file claims, you need not list them below or have money in your trust account to cover them.  They are automatically taken off the case as creditors.

| No. | Claimant | Scheduled and/or Claimed Amount | Status of Claim |
| --- | --- | --- | --- |
| 4 | Seaboard Cold Storage, Inc. | $1,654.55 | Objection filed |
| S | McMaster Construction | $5,724.04 | Objection filed |

H:\LIBRARY\BANKRUPTCY\Sunnyland USA Inc 11-131\PLD\Report Of Plan Proponent.Doc