UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:                                    Case No.  11-29836-BKC-EPK
                                          Chapter 11

SUNNYLAND, USA, INC.,

        Debtor.
_____/

**FINAL REPORT AND MOTION FOR ENTRY OF FINAL DECREE**

Pursuant to Local Rule 3022-1(A), the undersigned files this Final Report and Motion for Final Decree and represents:

1. The plan of reorganization in this case was confirmed on February 22, 2012. The plan provided for a pro rata dividend to unsecured creditors of $75,000.00.

2. The deposit required by the plan has been distributed and all matters to be completed upon the effective date of the confirmed plan have been fulfilled or completed.

3. There are no longer any pending adversary proceedings or contested matters which would affect the substantial consummation of this case.

4. All administrative claims and expenses have been paid in full, or appropriate arrangements have been made for the full payment thereof.  A summary of fees and expenses is as follows:

$14,308.74 Fee for Attorney for Debtor

$1,300.00   U.S. Trustee (fees required by 28 U.S.C. §1930)

$12,099.88 – lease cure amount to landlord, State of Florida, Dept. of Agriculture

$0.00 Clerk of Court (fees required by 28 U.S.C. §1930)

$0.00 Other Professionals

$   N/A   ALL expenses, including Trustee's.

5. Attached as Exhibit A is a distribution report detailing the payments made under the plan on the effective date.

The undersigned respectfully requests that this court enter a final decree and close this fully administered case.

I certify that a copy of this report and attachments was mailed to the U.S. Trustee's office on March 9, 2012.

   I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

               FURR AND COHEN, P.A.
               Attorney for Debtor
               2255 Glades Road, Suite 337W
               Boca Raton, FL 33431
               (561) 395-0500/(561)338-7532-fax

               By */s/ Alvin S. Goldstein*
                 ALVIN S. GOLDSTEIN
                 Florida Bar No. 993621
                 EMAIL: agoldstein@furrcohen.com

# EXHIBIT A

CASE NAME:        Sunnyland USA, Inc.

CASE NUMBER:  11-29836-EPK

The following payments have been made pursuant to the plan of reorganization:

LIST ALL PAYMENTS MADE ON OR BEFORE THE EFFECTIVE DATE OF THE PLAN, OR IF INDIVIDUAL CHAPTER 11, ALL PAYMENTS MADE UNDER THE PLAN. SEPARATE CLAIMANTS BY CLASSIFICATION UNDER THE PLAN AND PROVIDE A TOTAL FOR EACH CLASSIFICATION.  LIST THE NAME OF EACH RECIPIENT, AMOUNT OF THE ALLOWED CLAIM AND THE AMOUNT THAT WAS PAID (USE CONTINUATION PAGE IF NECESSARY).

## **EXHIBIT "A"**

| Class | Creditor | Claim No. | Amount | Dividend |
|---|---|---|---|---|
|  | Florida Department of Agriculture and Consumer Services |  |  | $12,099.88 |
| PRI | St. Lucie County Tax Collector | 1 | $123,859.20 | $2,064.32 |
|  |  |  |  |  |
| 1 | John Bean Technologies Corporation | 3 | 188,841.92 | 67,767.55 |
|  |  |  |  |  |
| 2 | AT&T | S | 765.64 | 274.76 |
| 2 | AVE Industries | S | 542.63 | 194.73 |
| 2 | Matheson Tri Gas | S | 11,200.78 | 4,019.50 |
| 2 | R & K Welding & Fabrication, Inc. | S | 7,645.00 | 2,743.47 |
|  |  |  |  |  |